RECEIVED
JUL 17 2020
US DISTRICT COURT
MID DIST TENN

7-13-20 5:30
3:20-0251

Judge Crenshaw,

First let me thank you for taking the time out to even read this letter and I pray you & yours are doing fine. The reason for this mail is to kinda let you know exactly what's going on both sides.

Your Honor I was put in a situation where it seems as though the state really does not want to release an innocent man, and it's already hard to maintain composure and stay optimistic after being incarcerated for nearly 12 years for a crime I really had nothing to do with. I'm ~~fightight~~ fighting this fight pro se because me & my family allowed attorneys George J. Duzane & Gregory D. Smith to take a total of $23,500 and do nothing. Also your honor the judge in this case and trial abused his discretion and broke his oath by allowing (James H. Williams Jr.) to testify in my trial knowing he had been convicted of multiple crimes of dishonesty, eg (Agg. Burglary); (Att. Agg. Robbery) among others. Not to mention I had and still have 6 alibi witnesses to account for my whereabouts on 2-15-06. But the real reason I'm writing you is to show how simple mistakes by the state could cost me my freedom for 12 more years if not corrected. Inside is a letter or should I say "order", which I read and was mislead to believe that these were my advocates. But I was sadly mistaken. ⟶

(CONT.)

I RESPONDED TO SAID ORDER WITH MY STRATEGY TO COMBAT THE STATE WITH ALL FACTS AND CONSTITUTIONAL VIOLATIONS, LIKE THE RIGHT TO FACE MY ACCUSER (JAMES) IN WHICH I WAS NOT ALLOWED TO. NOT TO MENTION THE 6 ALIBI WITNESS WERE SUBPOENAED BUT ONLY I WAS ALLOWED TO TESTIFY. SIR, JUDGE STEVE R. DOZIER SHOULD'VE SEVERED MY TRIAL BECAUSE MY ALLEGED CO-DEFENDANT (LEONARD HARRIS) + THE VICTIM (JAMES) HAD MULTIPLE RUN-INS THAT EVEN THE VICTIM (JAMES) STATED I HAD NOTHING TO DO WITH. SO AFTER I RECIEVED THAT ORDER FROM THE STATE I SENT JOHN H. BLEDSOE III SEVERAL DOCUMENTS AND MY STRATEGY AS IF HE WAS ON MY TEAM, WHICH HE CLEARLY IS NOT. SO NOT ONLY AM I WITHOUT REAL REPRESENTATION, BUT THE PERSON OR PEOPLE WHOM I'M UP AGAINST HAVE ALL THAT THEY KNOW AND EXPERIENCE; BUT THEY LITERALLY KNOW ALL MY MOVES.

THERE'S NO WAY I COULD FIGHT THIS FIGHT AND WIN WITH THE DECK STACKED AGAINST ME THAT WAY, SO I ASK THAT YOU INTERVENE SO I CAN AT LEAST HAVE A FAIR SHOT AT PROVING TO WHOM IT MAY CONCERN THAT I'M A INNOCENT MAN. PLEASE LOOK INTO SAID BY STATE WHICH CAUSED ME TO RESPOND AS THOUGH JOHN H. BLEDSOE III WAS REPRESENTING ME. I'M ALMOST OUT OF TIME AND EVERY SECOND COUNTS. THANKS FOR ALLOWING ME TO YOUR SPACE, I HOPE + PRAY WE CAN RECTIFY THIS ERROR BY THE STATE SO I CAN PROVE MY INNOCENSE. THANKS + GOD BLESS!

RESPECTFULLY,

FREDERICK E. BRAXTON #332501

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK E. BRAXTON, | ) |
| Petitioner, | ) |
| v. | ) NO. 3:20-cv-00251 |
| STATE OF TENNESSEE, | ) |
| Respondent. | ) |

## ORDER

Respondent's Motion to Substitute Counsel of Record (Doc. No. 13) is **GRANTED**. Accordingly, John H. Bledsoe, III is substituted for Meredith Wood Bowen as counsel for Mr. Braxton.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

FREDERICK E. BRAXTON #332561
M.C.C.X. 22 C 105
P.O. Box 3000
Wartburg, TN. 37887

KNOXVILLE TN 377

United States District Court
for the Middle District of Tenn.
Nashville Division
112 9th Av. So.
Nash, TN. 37203

Att: Judge Waverly

RECEIVED
JUL 17 2020
US DISTRICT COURT
MID DIST TENN

M.C.C.X.
JUL 14 2020



MCCX has neither inspected
nor censored and is
not responsible for content